UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-62436-RNS

FLORENCE LUNDE,

    Plaintiff,

vs.

SALSA PEMBROKE PINES INC.,
a Florida Profit Corporation, d/b/a
LIME FRESH MEXICAN, and AD
PEMBROKE LAND COMPANY, LLC,
a Foreign Limited Liability Company,

    Defendants.
_____/

## JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AD PEMBROKE LAND COMPANY, LLC

COMES NOW, counsel for Plaintiff, Ronald E. Stern, Esquire, and hereby files this Joint Motion for Dismissal Without Prejudice as to AD Pembroke Land Company, LLC, and in support states as follows:

1. Plaintiff moves this Honorable Court to dismiss this action without prejudice as to Defendant AD Pembroke Land Company, LLC *only*.

2. Plaintiff and Defendant AD Pembroke Land Company, LLC are in agreement in the filing of this motion and are seeking to consolidate the exterior ADA violations and issues for all the Common Areas and the Parking Lot.

3. Plaintiff is requesting Defendant Salsa Pembroke Pines, Inc., d/b/a Lime Fresh Mexican remain as the solo Defendant in this action.

4. In compliance with Local Rule 7.1(a)3 the undersigned has conferred with Defense Counsel regarding the issues raised herein, and they are not opposed to this motion.

5. This motion is not being filed for dilatory reasons or any other improper purpose.

This motion is being filed in accordance with Federal Rules of Civil Procedure 41a(2) "*By Court Order; Effect.* Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper…….Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."

WHEREFORE, the Plaintiff respectfully requests this Court enter an Order granting the Joint Motion for Dismissal and dismiss Defendant AD Pembroke Land Company, LLC in this action.

Respectfully submitted,

By: S/Ronald E. Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:    (954) 639-7198
Attorney for Plaintiff, FLORENCE LUNDE


By: S/Daniel Santaniello
Daniel Santaniello, Esq.
Florida Bar No. 860948
LUKS, SANTANIELLO, PETRILLO & JONES
110 S.E. 6th Street, 20th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 761-9900
Facsimile:  (954) 761-9940
Attorney for Defendant AD PEMBROKE LAND COMPNAY, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-62436-RNS

FLORENCE LUNDE,

    Plaintiff,

vs.

SALSA PEMBROKE PINES INC.,
a Florida Profit Corporation, d/b/a
LIME FRESH MEXICAN, and AD
PEMBROKE LAND COMPANY, LLC,
a Foreign Limited Liability Company,

    Defendants.

_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 31st day of January, 2012, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    By: S/Ronald E. Stern
        Ronald E. Stern, Esq.
        Florida Bar No. 10089
        THE ADVOCACY LAW FIRM, P.A.
        1250 East Hallandale Beach Blvd.
        Suite 503
        Hallandale Beach, Florida 33009
        Telephone:   (954) 639-7016
        Facsimile:    (954) 639-7198
        Attorney for Plaintiff, FLORENCE LUNDE

## SERVICE LIST:

FLORENCE LUNDE vs. SALSA PEMBROKE PINES INC., a Florida Profit Corporation, d/b/a LIME FRESH MEXICAN, and AD PEMBROKE LAND COMPANY, LLC, a Foreign Limited Liability Company
11-CV-62436-RNS

United States District Court, Southern District Of Florida

Attorney for SALSA PEMBROKE PINES
INC., a Florida Profit Corporation,
d/b/a LIME FRESH MEXICAN

Courtney B. Wilson
LITTLER MENDELSON, P.C.
One Biscayne Tower
Suite 1500
Two South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 400-7500
Facsimile:  (305) 603-2552

**VIA  CM/ECF**


Attorney for AD PEMBROKE LAND COMPNAY, LLC

Daniel Santaniello, Esq.
K. Stuart Goldberg**,** Esq.
LUKS, SANTANIELLO, PETRILLO & JONES
110 S.E. 6th Street, 20th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 761-9900
Facsimile:  (954) 761-9940

**VIA  CM/ECF**