IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| FLORENCE LUNDE,<br><br>　　　Plaintiff<br><br>v.<br><br>SALSA PEMBROKE PINES, INC., | CIVIL ACTION NO.<br><br>0:11-CV-62436-RNS |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND FOR DISMISSAL**

　　Plaintiff, Florence Lunde and Defendant, Salsa Pembroke Pines, Inc., pursuant to S.D. Fla. L. R 16.2(f) and Fed. R. Civ. P. 41(b), jointly move for the entry of an Order approving the parties' attached Settlement Agreement and Release and otherwise dismissing this action with prejudice.

　　Plaintiff initiated this suit for injunctive relief under the Americans with Disabilities Act ("ADA"). Plaintiff alleged there were architectural barriers existing at Salsa's restaurants that constitute violations of the Americans With Disabilities Act that unlawfully limited the Plaintiff's access to the restaurants. Salsa denied the allegations of the Plaintiff's Complaint and has raised defenses to Plaintiff's claim. However, the parties have now reached an agreement to voluntarily resolve all of the issues raised in the litigation as reflected in the attached Settlement Agreement and Release. Accordingly, the parties now move for the entry of the attached, proposed Order approving the settlement and dismissing this action with prejudice.

Particularly in litigation arising under Title III of the ADA, there is a clear policy in favor of encouraging and approving settlements *See e.g., Assoc. for Disabled Americans, Inc. v. Amoco Oil Co.*, 211 F.R.D. 457 (S.D. Fla. 2002); *Access Now, Inc. v. Ambulatory Surgery Center Group, Ltd.*, 197 F.R.D. 522 (S.D. Fla. 2000). Thus, where judicial approval of settlements is sought or required, the Court's approval should be given so long as the settlement is fair, adequate and reasonable, and is not the product of collusion between the parties. *Bennett v. Behring Corp.*, 737 F.2d 982 (11th Cir. 1984).

In this case, the Court should approve the parties Settlement Agreement. Defendant, Salsa has agreed to maintain a policy providing accessibility for its disabled patrons, even though it disputes that its facilities were otherwise inaccessible and no such finding of liability has been made. Moreover, the settlement reached is the most efficient and effective means to allow Plaintiff and others similarly situated, continued access to restaurants operated by Salsa and its affiliate. In addition, the Settlement Agreement provides a simple scheme for addressing any additional or similar issues that might arise in the future.

The Settlement Agreement is also reasonable. The Settlement Agreement was reached after arms-length settlement discussions between counsel experienced in ADA Title III matters. The Settlement Agreement also provides the greatest degree of uniformity in maintaining consistent solutions to accessibility and modification issues at restaurants operated by Salsa and its affiliate. Finally, the Settlement Agreement avoids the risks inherent in further litigation for both sides, the costs of continuing the litigation, and the delay in achieving such results. In light of the benefits to the parties offered by the Settlement Agreement, as opposed to the expense,

delay and risk entailed in further litigation, it is respectfully submitted the Court should approve the Settlement Agreement.

WHEREFORE, the parties jointly request the Court to review their Settlement Agreement and Release, and enter the attached proposed Order approving the Settlement Agreement and otherwise dismissing this action with prejudice.

Pursuant to S.D. Fla. L.R. 7.1(A)(2) and the Southern District's CM/ECF filing procedures, a proposed order has been electronically submitted to the Court in Word format.

| | |
|---|---|
| **THE ADVOCACY LAW FIRM, P.A.** | **LITTLER MENDELSON, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1250 East Hallandale Beach Boulevard | Suite 1500 – One Biscayne Tower |
| Suite 503 | 2 South Biscayne Boulevard |
| Hallandale Beach, FL 33009 | Miami, Florida 33131-1804 |
| Tel: 954-240-3933 | Tel: 305-400-7500 |
| | Fax: 305-489-6375 |
| | |
| By: *Ronald E. Stern* | By: *Courtney B. Wilson* |
|     Ronald E. Stern, Esq. |     Courtney B. Wilson, Esq. |
|     Florida Bar No. 10089 |     Florida Bar No. 0614580 |
| Dated: April 16, 2012 | Dated: April 16, 2012 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 16th day of April, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                               *s/ Courtney B. Wilson*
                                                               Courtney B. Wilson

## SERVICE LIST

## U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CIVIL DOCKET FOR CASE #: 9:11-cv-62436-RNS

Ronald E. Stern, Esq.
Email: *ronsternlaw@gmail.com*
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Boulevard
Suite 503
Hallandale Beach, FL 33009
954-240-3933
Counsel for Plaintiff
*(Served via transmission of Notices of*
*Electronic Filing generated by CM/ECF)*

K. Stuart Goldberg, Esq.
Email: *sgoldberg@ls-law.com*
LUKS SANTANIELLO PETRILLO & JONES
The 110 Tower
110 SE 6th Street, 20th Floor
Fort Lauderdale, FL 33301
954-761-9900
Fax: 954-761-9940
Counsel for AD Pembroke Land Company, LLC
(Served via transmission of Notices of
*Electronic Filing generated by CM/ECF)*

Courtney B. Wilson, Esq.
E-mail: *cwilson@littler.com*
LITTLER MENDELSON, P.C.
One Biscayne Tower
Suite #1500
Two South Biscayne Boulevard
Miami, FL  33131.1804
305.400.7500
305.603.2552 (Fax)
Counsel for Salsa Pembroke Pines Inc.
(Served via transmission of Notices of
*Electronic Filing generated by CM/ECF)*