# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORENCE LUNDE, | CIVIL ACTION NO. |
| Plaintiff | 0:11-CV-62436-RNS |
| v. | |
| SALSA PEMBROKE PINES, INC., | |

## ORDER GRANTING MOTION TO CLOSE CASE UPON SETTLEMENT AND DISMISSING WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Motion for Approval of Settlement and for Dismissal [ECF No. 23]. Upon consideration, this Motion is **GRANTED**, the parties having reached a settlement. Accordingly, this matter is **DISMISSED** with prejudice and the Clerk shall **CLOSE** this case. All pending motions, if any, are denied as moot.

**DONE and ORDERED** in chambers at Miami, Florida on April 16, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

*Copies to:*
Designated U.S. Magistrate Judge
Counsel of record